| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** Matthew Fissel, Esquire 701 Market Street, Suite 5000 Philadelphia, PA 19106 215-627-1322 mfissel@kmllawgroup.com Attorneys for Secured Creditor: CMG Mortgage, Inc. | |
| In Re: Victor D. Blot Veronica M. Blot             Debtors | |

**Order Filed on May 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 26-12701 CMG

Hearing Date: 5/13/2026 @ 10am

Judge:  Christine M. Gravelle

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 13, 2026**

_Christine M. Gravelle_

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2
Debtors:              Victor D. Blot & Veronica M. Blo
Case No.:             26-12701 CMG
Caption:              **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                      DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, CMG Mortgage, Inc., holder of a mortgage on real property located at 126 Liberty St, Fords, NJ 08863, Matthew Fissel, appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Edward Nathan Vaisman, Esquire, attorney for Debtors, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full, when filed, through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.