Laura  Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on May 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Victor D. Blot,<br>Veronica M. Blot,<br><br><br>                                        Debtors. | Chapter 13<br><br>Case No. 26-12701-CMG<br><br>Hearing Date: May 13, 2026 at 10:00 a.m.<br><br>Judge: Christine M. Gravelle |

**ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR ROCKET MORTGAGE, LLC**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: May 15, 2026**

_Christine M. Gravelle_

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2

Debtors:          Victor D. Blot
Case No.:         26-12701-CMG
Caption of Order: **ORDER RESOLVING PLAN OBJECTION AND
OUTLINING THE TREATMENT OF SECURED
CREDITOR ROCKET MORTGAGE, LLC**

The undersigned parties resolved Rocket Mortgage LLC's ("Secured Creditor") Objection to Plan Confirmation, ECF No. 19, and agree to the following treatment of the secured claim filed by Secured Creditor on the Claims Register as Claim No. 11 (the "Secured Claim"), through Victor D. Blot and Veronica M. Blot's ("Debtors") Chapter 13 Plan, (the "Plan"), with respect to Secured Creditor's lien on Debtors' real property located at 373 Fayette Street, Perth Amboy, NJ 08861, ("Property"), as follows and have consented to the entry of the within Order;

**ORDERED AS FOLLOWS:**

1.  Secured Creditor's Objection to Plan Confirmation (**ECF No. 19**) is hereby resolved by this Consent Order.

2.  The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is $14,603.91 as set forth in Secured Creditor's timely filed Proof of Claim 11, filed April 22, 2026 and subject to Debtors' right to object to the filed Proof of Claim.

3.  In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to Secured Creditor's secured claim being paid in full, the terms of the note and mortgage shall govern.