| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1** |
| |
| Matthew Fissel, Esquire |
| 701 Market Street, Suite 5000 |
| Philadelphia, PA 19106 |
| 215-627-1322 |
| mfissel@kmllawgroup.com |
| Attorneys for Secured Creditor: |
| CMG Mortgage, Inc. |

**Order Filed on May 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 26-12701 CMG |
|---|---|
| Victor D. Blot | |
| Veronica M. Blot | Hearing Date: 5/13/2026 @ 10am |
|        Debtors | |
| | Judge:  Christine M. Gravelle |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: May 13, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2
Debtors:          Victor D. Blot & Veronica M. Blo
Case No.:         26-12701 CMG
Caption:          **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, CMG Mortgage, Inc., holder of a mortgage on real property located at 126 Liberty St, Fords, NJ 08863, Matthew Fissel, appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Edward Nathan Vaisman, Esquire, attorney for Debtors, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full, when filed, through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 26-12701-CMG

Victor D. Blot                                                                                          Chapter 13

Veronica M. Blot
     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Victor D. Blot, 126 Liberty Street, Fords, NJ 08863-2044 |
| jdb | #+ | Veronica M. Blot, 126 Liberty Street, Fords, NJ 08863-2044 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Edward Nathan Vaisman | on behalf of Debtor Victor D. Blot vaismanlaw@gmail.com  Vaisman.EdwardB128387@notify.bestcase.com |
| Edward Nathan Vaisman | on behalf of Joint Debtor Veronica M. Blot vaismanlaw@gmail.com  Vaisman.EdwardB128387@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor Rocket Mortgage  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: May 13, 2026                       Form ID: pdf903                          Total Noticed: 2

Matthew K. Fissel
                    on behalf of Creditor Alliant Credit Union bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Matthew K. Fissel

                    on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7