Laura  Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on May 15, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Victor D. Blot,<br>Veronica M. Blot,<br><br>                              Debtors. | Case No. 26-12701-CMG<br><br>Hearing Date: May 13, 2026 at 10:00 a.m.<br><br>Judge: Christine M. Gravelle |

**ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF
SECURED CREDITOR ROCKET MORTGAGE, LLC**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: May 15, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2

Debtors:         Victor D. Blot
Case No.:        26-12701-CMG
Caption of Order: **ORDER RESOLVING PLAN OBJECTION AND
                 OUTLINING THE TREATMENT OF SECURED
                 CREDITOR ROCKET MORTGAGE, LLC**

---

The undersigned parties resolved Rocket Mortgage LLC's ("Secured Creditor") Objection to Plan Confirmation, ECF No. 19, and agree to the following treatment of the secured claim filed by Secured Creditor on the Claims Register as Claim No. 11 (the "Secured Claim"), through Victor D. Blot and Veronica M. Blot's ("Debtors") Chapter 13 Plan, (the "Plan"), with respect to Secured Creditor's lien on Debtors' real property located at 373 Fayette Street, Perth Amboy, NJ 08861, ("Property"), as follows and have consented to the entry of the within Order;

**ORDERED AS FOLLOWS:**

1. Secured Creditor's Objection to Plan Confirmation (**ECF No. 19**) is hereby resolved by this Consent Order.

2. The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is $14,603.91 as set forth in Secured Creditor's timely filed Proof of Claim 11, filed April 22, 2026 and subject to Debtors' right to object to the filed Proof of Claim.

3. In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to Secured Creditor's secured claim being paid in full, the terms of the note and mortgage shall govern.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 26-12701-CMG

Victor D. Blot                                                                                          Chapter 13

Veronica M. Blot

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 15, 2026 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Victor D. Blot, 126 Liberty Street, Fords, NJ 08863-2044 |
| jdb | #+ | Veronica M. Blot, 126 Liberty Street, Fords, NJ 08863-2044 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Edward Nathan Vaisman | on behalf of Joint Debtor Veronica M. Blot vaismanlaw@gmail.com  Vaisman.EdwardB128387@notify.bestcase.com |
| Edward Nathan Vaisman | on behalf of Debtor Victor D. Blot vaismanlaw@gmail.com  Vaisman.EdwardB128387@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor Rocket Mortgage  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |

District/off: 0312-3

User: admin

Page 2 of 2

Date Rcvd: May 15, 2026

Form ID: pdf903

Total Noticed: 2

Matthew K. Fissel

on behalf of Creditor Alliant Credit Union bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Matthew K. Fissel

on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7