Certificate Number: 15322-NJ-DE-041050611

Bankruptcy Case Number: 26-12701



15322-NJ-DE-041050611

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2026, at 8:22 o'clock AM CDT, Victor David Blot completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   June 3, 2026

By:   /s/Nakia Pratt

Name:  Nakia Pratt

Title:  Certified Credit Counselor