UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward N. Vaisman, Esq. 0015372003
VAISMAN LAW OFFICES
33 Wood Avenue South - Suite 600
Iselin, NJ 08830
(732) 925-6090
vaismanlaw@gmail.com
Attorney for the Debtors

|  |  |
|---|---|
| In Re:<br><br> Victor D. Blot<br> Veronica M. Blot | Case No.: _____26-12701_____<br><br>Judge: _____Gravelle_____<br><br>Chapter:          13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.       ☒  Motion for Relief from the Automatic Stay filed by _____Alliant Credit Union_____ , creditor,

A hearing has been scheduled for _____8/5/2026_____, at _9:00 A.M._.

☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.       I oppose the above matter for the following reasons **(choose one)**:

☐  Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒  Other (**explain your answer**):
Debtors are awaiting to enter a consent order based on a modification of the
mortgage provided by the creditor/movant which will resolve the lift stay motion.

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 8/4/2026 _____            /s/Victor D. Blot _____
                                          Debtor's Signature

Date: 8/4/2026 _____            /s/Veronica M. Blot _____
                                          Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*