UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market St. Suite 5000
Philadelphia, PA 9106
Main Phone: 215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
Alliant Credit Union

**Order Filed on October 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Victor D. Blot
Veronica M. Blot
Debtors

Case No.: 26-12701 CMG

Chapter: 13

Hearing Date: 9/16/2026 @ 9am

Judge: Christine M. Gravelle

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 7, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Alliant Credit Union, Matthew Fissel appearing, upon a motion to vacate the automatic stay as to real property located at 373 Fayette St, Perth Amboy, New Jersey 08861, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Edward Nathan Vaisman, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of September 18, 2026, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 2026 through September 2026 for a total post-petition default of $5,967.00 (1 @ $1,092.00; 1 @ $1,287.00; 1 @ $1,170.00; 2 @ $1,209.00)

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $5,967.00 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume October 5, 2026, directly to Secured Creditor, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $550.00 for attorneys' fees and $199.00 for filing fees, totaling $749.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Victor D. Blot
Veronica M. Blot
Debtors

Case No. 26-12701-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3
User: admin
Page 1 of 2
Date Rcvd: Oct 07, 2026
Form ID: pdf903
Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Victor D. Blot, 126 Liberty Street, Fords, NJ 08863-2044 |
| jdb | #+ | Veronica M. Blot, 126 Liberty Street, Fords, NJ 08863-2044 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Edward Nathan Vaisman | on behalf of Joint Debtor Veronica M. Blot vaismanlaw@gmail.com Vaisman.EdwardB128387@notify.bestcase.com |
| Edward Nathan Vaisman | on behalf of Debtor Victor D. Blot vaismanlaw@gmail.com Vaisman.EdwardB128387@notify.bestcase.com |
| Gavin Stewart | on behalf of Creditor Ally Capital bk@stewartlegalgroup.com |

| | |
|---|---|
| Laura M. Egerman | on behalf of Creditor Rocket Mortgage LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Alliant Credit Union bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8