**Form 210B (12/09, as revised 1/4/17)**

# United States Bankruptcy Court

## District Of New Jersey

In re Victor & Veronica Blot, Case No. 26-12701

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 17 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on October 30,2026.

CMG Mortgage, Inc.
Name of Alleged Transferor

Address of Alleged Transferor:
425 Phillips Blvd
Ewing, NJ 08618

Lakeview Loan Servicing, LLC
Name of Transferee

Address of Transferee:
PO Box 619096
Dallas, TX 75261-9741

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: October 30, 2026

Jeanne A. Naughton
**CLERK OF THE COURT**